**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8128**

DONTA NOVELL CLANTON,

             Petitioner - Appellant,

        v.

DIRECTOR OF DEPARTMENT OF CORRECTIONS,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:12-cv-01061-GBL-TRJ)

Submitted: May 30, 2013                    Decided:  June 4, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Donta Novell Clanton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donta Clanton seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2006) petition without prejudice for failure to comply with the court's order directing him to show cause why his petition should not be dismissed as barred by the one-year statute of limitations or barred due to his procedural default, and to pay the statutory filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of a petition that satisfies the requirements of the district court, we conclude that the district court's order is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2